

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2015

No. 04-15-00279-CV

Abdul H. **NUBANI**,
Appellant

v.

**COUNTY OF GUADALUPE** and Randall R. Smidt,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 2011-2202-CV
The Honorable William Old, Judge Presiding

# O R D E R

The clerk's record was due to be filed in this appeal on May 27, 2015. After this court notified the trial court clerk that the record was late, the trial court clerk filed a notification of late record stating appellant informed the clerk that the case was settled. On June 12, 2015, appellant filed a motion to abate appellate deadlines pending settlement, stating the parties had settled but additional time was needed to circulate the settlement documents for signature. Appellant requested this court to abate the appellate deadlines for thirty-one days. Appellee Randall R. Schmidt filed a response to appellant's motion, stating he is only agreeable to an extension to June 30, 2015.

Appellant's motion to abate is GRANTED. Appellant is ORDERED to file a motion requesting an appropriate disposition of this appeal no later than July 13, 2015. *See Caballero v. Heart of Texas Pizza, L.L.C.*, 70 S.W.3d 180, 180 (Tex. App.—San Antonio 2001, no pet.).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2015.



Keith E. Hottle
Clerk of Court